# EXHIBIT 3

**Brady Adams**
7971 Ranch Acres
Pahrump NV, 89061
bradadams275@gmail.com
702-902-3820

June 2nd, 2025

**The Honorable Chief Judge Andrew Gordon**
United States District Court for the District of Nevada

**RE: Request for Leniency in Sentencing for David Boruchowitz**

Dear Judge Gordon,

I am writing to respectfully request leniency in the sentencing of David Boruchowitz. I understand the gravity of this matter and deeply respect the rule of law. However, I hope you will consider the profound impact Dave has had on those around him and the positive contributions he has made to our community.

In my experience, David has shown generosity, compassion and concern for others. He has dedicated himself wholeheartedly to supporting individuals in need, especially children with special needs. His tireless advocacy and volunteer work have helped countless families navigate challenges that would have otherwise felt insurmountable. His dedication to their well-being has made a lasting difference, offering hope and assistance where it was needed most.

Beyond his advocacy, Dave has shown genuine kindness and generosity in his daily interactions. He has gone out of his way to lend a hand, provide encouragement, and uplift those around him. Personally, I have witnessed his selflessness in action—whether it was helping a friend through difficult times or ensuring that those who needed support never felt alone. His ability to inspire and nurture those in his life is truly remarkable.

I respectfully ask that these qualities and his positive impact be taken into consideration when determining his sentence. While justice must be served, I believe that a sentence reflecting the compassion he has shown to others would allow him the opportunity to continue making a difference.

I deeply appreciate your time and consideration. Thank you for reviewing this request with fairness and thoughtfulness.

Sincerely, **Brady K Adams**

6-2-2025

**Chief Judge Andrew Gordon**

Chief Judge Andrew Gordon,

Thank you for your time in hearing our plea for leniency with Mr. David Boruchowitz.

If we may ask for the lightest sentencing concerning Mr. Boruchowitz.Our reasons being, his unwavering kindness. Our son hurt himself on a ride during pumpkin days put on by Pahrump Disability Outreach Program ( PDOP) headed by Mr. Boruchowitz. The gentle care and interaction I , Jules Aver, observed from a far distance was admirable. Being out of surgery and not well myself, i was touched by life's precious moment.

My husband, Matthew Aver, and his (our) 3 children have had an abusive past including physical, mental, emotional, and sexual. This was one of the biggest cases to hit Nye County in 2020. David has taken Matthew, who has a mental disability, PTSD, and TBI, under his wing when it comes to Pahrump Disability Outreach Program ( PDOP), which Matthew volunteers.

Unbeknownst to me, the relationship between my husband and Mr. Boruchowitz has gone back many years due to my husband troubled past of facing abuse and mental health issues. Matthew, my husband, sees David as a positive force in his life, and it goes without saying, "So do I."

The amount of care that goes into my family from Mr. Boruchowitz has been second to none. From feeding my family, making sure our children have toys for Christmas and looking after my disabled husband during his volunteer time with (PDOP).

We have been blessed to have David Boruchowitz in our lives and if this letter can do anything to help lessen his sentencing, we believe families in Pahrump, especially those with needs, will be better off for it. I am sure we can not be the only ones.

We thank you for this consideration
Sincerely,

Matthew and Jules Aver
775-699-6485 Matthew
775-751-1360 Jules
P.O. Box 4118
Pahrump Nv 89041

Your Honor Judge Andrew Gordon:                                    05/20/2025

I have known David Boruchowitz for more than 20 years. I have spent hundreds of hours working directly with him one on one. I have never known him to do anything illegal or unethical. I have seen and heard him talking on the phone – many, many people call him to work out their problems day and night. He works hard from early in the morning until late at night. I know that I can call him anytime, day or night and that he will be there to help me. He believes in doing things quickly and efficiently - that allows him to accomplish much more than the average individual.

David has a wonderful family. He has taught them to care for others and to provide service for others as needed. David is devoted to his family, especially his son Noah who has Downs Syndrome. He is always available for his son. He has taught Noah to be honest, to work hard and to always tell the truth. If Noah does anything wrong – he always tells his dad that he did something wrong. From what I have seen, David lives his life that way, he does what he thinks is right.

He helps so many individuals in this town – anyone that is in need, disabled individuals, their families or anyone else in need. I have personally helped him dig people's cars or trucks out of the mud, fix broken things in their homes, help design and build things for disability groups, help people move in and out of their homes, prep for funerals and weddings and help others for any occasion or holiday. He has been a huge help to hundreds of those living in Pahrump throughout the years and will be greatly missed if not allowed to continue. I request that you consider all these things while imposing a sentence.

Sincerely,

Douglas Bruce Nelson

+

Chief Judge Andrew Gordan

I am writing letter concerning my support of David Boruchowitz.

I've known David over six years, since we moved to Pahrump. He was and still is a great help for my grandson, who has ADHD and Autism.

When we first moved here it was just my wife( now deceased) my daughter and grandson. When he was enrolled in school, the district was told of his " issues". There were many problems right off the bat!

Fortunately, we were told about Pahrump Developmental Outreach Program ( PDOP) ran by David.

With David's guidance and assistance of the other parents and volunteers, my grandson had a place to go that nobody made fun of him, was welcomed with open arms, even with issues!

All that was good but what helped all of us the most, was the fact that David was also my grandsons' advocate, dealing with the Special Education System through the school district ( IEP, Bussing, etc.) .

Without his perseverance, friendship, guidance, knowledge of Special Education System here in Pahrump and Nevada, we would have been swallowed up in the process!!

We are but one of many that David has helped with the school system , being an advocate.

This does not include all the work he does for the community with the PDOP program at many Community events thru out the year, which many of the " kids" and adults participate to the best of their abilities.

Also, through the PDOP program there are social events for the group, free of charge ( through donations and dues)

This is all due to David's concern for people with Special Needs and people in general, including the community as a whole.

Thank you.

Robert D. Blackstock
P.O. Box 9202 Pahrump Nv. 89060

(858) 232 4635

blackstockrd20@gmail.com

05/27/2025

Your Honor Judge Andrew Gordon:                                    05/20/2025

I have known David Boruchowitz for more than 20 years. I have spent hundreds of hours working directly with him one on one. I have never known him to do anything illegal or unethical. I have seen and heard him talking on the phone – many, many people call him to work out their problems day and night. He works hard from early in the morning until late at night. I know that I can call him anytime, day or night and that he will be there to help me. He believes in doing things quickly and efficiently - that allows him to accomplish much more than the average individual.

David has a wonderful family. He has taught them to care for others and to provide service for others as needed. David is devoted to his family, especially his son Noah who has Downs Syndrome. He is always available for his son. He has taught Noah to be honest, to work hard and to always tell the truth. If Noah does anything wrong – he always tells his dad that he did something wrong. From what I have seen, David lives his life that way, he does what he thinks is right.

He helps so many individuals in this town – anyone that is in need, disabled individuals, their families or anyone else in need. I have personally helped him dig people's cars or trucks out of the mud, fix broken things in their homes, help design and build things for disability groups, help people move in and out of their homes, prep for funerals and weddings and help others for any occasion or holiday. He has been a huge help to hundreds of those living in Pahrump throughout the years and will be greatly missed if not allowed to continue. I request that you consider all these things while imposing a sentence.

Sincerely,

Douglas Bruce Nelson

+

Dear Judge,

I am writing this letter on behalf of my friend David Boruchowitz to ask for leniency and the lightest sentence possible for my friend. I have known David for 17 years and he has served our community with honor as a Sheriff's Deputy, helped on many Charity Programs, David is a very loving husband, father and friend and has put on several Boruchowitz Family Haggadah Dinners to share and explain the meaning of this tradition to family and friends.

Thank you for your time and consideration for David.

Sincerely,

Mrs. Charlene Brannon

Thomas Michael Brown

6504 Gray Juniper Ave

Las Vegas, NV 89130

May 19, 2025


Dear Chief Judge Andrew Gordon –


I am writing to respectfully request leniency in the sentencing of David Boruchowitz, who is scheduled to appear before you on June 10, 2025. David is the spouse of my cousin and has been like an older brother to me and shown me how to be an honorable and loving husband/father. I have grown to know David very well as an integral part of our family and believe I have some insight into his character and positive qualities.


For the many years that I have known David, I have never seen him deny help to those around him. He has welcomed many different people from all walks of life into his home and been a mentor/friend to them. His work in the community has been an inspiration to me and is a true example of dedication and sacrifice for those that need him. We love going as a family to the annual PDOP Pumpkin Days event that David is very involved with and has dedicated much of his time to support. David is always there to welcome and chat with those who visit and make them feel comfortable at the event. He has such a strong commitment to the community and especially to those with special needs who I have never seen without giant smiles around David.


I fully understand the necessity of justice, but David is a light to those around him and a positive influence on others. The community would be worse off with David not around and I sincerely ask that you take that into account as you are determining his punishment. He has been and always will be invited to the most important events in my life (including the DJ and MC at my wedding) because he is someone I very much trust and whom everyone seems to be happy to have around.


Thank you for your time and consideration.


Sincerely,

Thomas Brown

To whom this may concern:

I am writing you this letter to request that you consider leniency in your sentencing regarding David Boruchowitz. I first met David when he enrolled his daughter Maddelynn in my in-laws' daycare. Having personally cared for his children, I have gotten to know the family well and have been witness to the positivity he has brought to so many lives. He has been a source of good in our town- inspired by his own son Noah, he is dedicated to helping others and creating a community specifically for our special needs residents. While working as a local sheriff's deputy, David took the time to help us grow our business by building our website and even uploading our registration packet- all without any kind of compensation!  During this time, he even co-founded the Pahrump Disability Outreach Program (PDOP)!

His dedication and passion are infectious! I'm proud to say that I've been blessed to be a part of these people's lives! I may not ever have gotten the opportunity, if it had not been for his efforts. Being an advocate for others, David has championed so many. From helping families navigate the ups and downs of formulating an Individual Education Program (IEP), to encouraging independence and socialization amongst their members, this town will be forever changed by the good that he has brought to so many. They (PDOP) host frequent events for their members that range from teaching life skills to crafts, or other fun outings such as going to the water park or their annual Night to Shine- an evening in which they get to dance the night away, in style! I mention these things to illustrate how much his passion and dedication to his community really has affected so many.

So please, if you will, allow David the freedom to continue the good work he has started. Thank you for your time and for considering my testimony.


Sincerely,

Lisa Bruno

June 8, 2025

Dear Chief Judge Andrew Gordon,

I am writing this letter on behalf of David Boruchowitz , with whom I have had the privilege of working in one of Nevada's most underserved communities. Throughout our time together, I have witnessed David's extraordinary commitment to helping young people, their families, and the broader community in ways that are both meaningful and deeply impactful.

David's work is a lifeline for many. Day after day, he provides crucial services and support to young men and women who, all too often, face limited opportunities to reach their full potential. I have personally worked with several of these individuals who look to David for guidance, stability, and inspiration as they navigate a world that frequently overlooks them.

David is the kind of person who will drop everything when someone is in need. His selflessness, combined with the dedication of his family and the nonprofit organization he founded, has changed the lives of countless youth. Without his presence and support, I truly believe many of these young people would not be leading the fulfilling, constructive lives they do today.

As Your Honor considers what punishment is appropriate in David's case, I respectfully urge you to weigh his ongoing service, his consistent acts of kindness, and his unwavering dedication to a community in desperate need of people like him. His absence would not only impact those who rely on him daily but could also diminish the hope and opportunities for an entire generation striving for a better future.

Thank you for your time and consideration.

Sincerely,

Michelle L. Cope



The Honorable Chief Judge Andrew Gordon
RE: Character Reference and Request for Leniency – David Boruchowitz

Dear Chief Judge Gordon,                                    05/30/2025

I am writing to you with the utmost respect and humility to provide a character reference for David Boruchowitz, and to respectfully request leniency in the sentence that will be imposed on him. I have had the privilege of working alongside David in two professional capacities. First, when he served as a Captain for the Nye County Sheriff's Office and I was the Health Services Administrator at the Nye County Detention Center. More recently, for almost 2 years I have worked with David in his current role at Serenity as our Privacy and Security Officer, where he has continued to exemplify the same professionalism, integrity, and dedication that marked his law enforcement career.

Throughout the 8 years I've known him, David has consistently demonstrated qualities of integrity, dedication, and service to others. In his law enforcement role, he was the key liaison between the Nye County Sheriff's Office and medical/mental health operations for both jails, always ensuring that collaboration was handled promptly and efficiency. He demonstrated strong leadership, and a deep commitment to the safety and well-being of both staff and inmates. His ability to manage complex situations calmly and ethically had a direct and positive impact on facility operations and the standard of care we were able to provide.

Importantly, and at a time when the world faced unprecedented challenges, David singlehandedly and successfully managed all COVID-19 response efforts across Nye County. His tireless work and coordination helped protect staff, inmates, first responders, and the broader community. His efforts during that critical time were nothing short of extraordinary and demonstrated his ability to act with calm, decisive leadership in a crisis.

In his current role as Privacy and Security Officer, David has seamlessly transitioned those leadership skills into the areas of compliance, confidentiality, and organizational security and integrity. My staff and I are all Mental Health Therapist, Counselors and Doctors thus Serenity *desperately* requires David's continued support in these areas. David's unique combination of law enforcement experience and privacy expertise makes him an invaluable asset in any setting. He is thorough, detail-oriented, and proactive in identifying potential risks and implementing safeguards. He is also highly skilled at writing clear, practical policies and procedures that align with regulatory requirements and operational needs. His knowledge of regulatory standards such as HIPAA, and his ability to train and guide staff on best practices have been instrumental in ensuring a secure and compliant working environment.

While I do not intend to minimize the seriousness of the matter before the Court, I know firsthand the positive impact David has had on many lives—including mine and those of countless staff and individuals in our care. He has shown genuine remorse and continues to carry himself with accountability and humility.



David is not only a respected colleague but a human being who has made meaningful contributions to our community over many years. For these reasons, I respectfully ask the Court to consider his long-standing service, his character, his commitment to God and his capacity for continued good, and to grant him the lightest sentence that justice will allow.

Thank you for your time, and for considering this sincere request for leniency.

Respectfully,

**Gaby Cruz, MS**
**President / CFO**



*Serenity Nonprofit*
*Now certified as a CCBHC!*

📞 Office: 702.815.1550
🔗 Website: www.SerenityNonprofit.com

Las Vegas
6048 South Durango Dr. Suite #115
Las Vegas, NV 89113
Pahrump
2280 E Calvada Blvd. Suite #201
Pahrump, NV 89048

Joann Cunningham
790 Marie Street
Pahrump, Nevada 89060

May 21, 2025

Re: David Boruchowitz, Case # 2:23-cr-00149-APG-BNW.

Dear Chief Judge Andrew Gordon,

I am writing to you today with profound respect for the court and a sincere plea for leniency on behalf of my dear friend, David Boruchowitz. I have known Mr. Boruchwitz for 17 years, and in that time, I have come to know him as an exceptional individual, a devoted family man, and a pillar of our community.

David Boruchwitz is not just an acquaintance; he is one of my closest friends. He has been a source of support and guidance as we traversed through life. My children love him as family. He taught my daughter how to drive and provided respite breaks for me when my son became too much. For almost two decades, I've witnessed his unwavering dedication to his family. He is a loving husband to his beautiful wife, Stephanie Boruchowitz and a truly involved and supportive father to his two children, Maddy 18, and Noah 15. His family relies on him, and he has always prioritized their well-being above all else. Mr. Boruchowitz serves as the primary provider for their household. This responsibility is particularly significant as he is the devoted parent of a son with special needs, requiring a level of care and support that only a loving parent can provide.

Beyond his family life, Mr. Boruchowitz is a deeply spiritual man who regularly attends The Church of Jesus Christ of Latter-day Saints and actively participates in its congregation. His faith is a significant part of his life and guides his actions. He spends every Thursday volunteering in the Temple. Furthermore, he has consistently dedicated his time and energy to our community. I have personally seen him dedicate his life for the betterment of our small town of Pahrump as he created a support group, Pahrump Disability Outreach Program, which provides support, education and training for parents and the special needs child. He created an annual fall event called P.D.O.P. Pumpkin Days which my family looks forward to every year, picking out pumpkins, riding the train, and petting the animals. He organized and supported the annual town Easter festival as well as the town holiday community dinners. These are not isolated incidents; this commitment to service above self is simply who he is. He is a selfless man who caringly gives to others.

I understand the seriousness of the charges before the court, and I do not intend to diminish their gravity. However, I truly believe that the incident leading to these charges is an anomaly in an otherwise exemplary life. David Boruchowitz is a good man who has made a mistake. His deep remorse, combined with his long-standing character and positive contributions to his family and community, weigh heavily in favor of a rehabilitative rather than solely punitive approach.

A lighter sentence would allow David Boruchwitz to continue being the dedicated family man and active community member that he truly is. It would allow him to continue to provide for his family, to guide his children, and to continue contributing to the betterment of our community.

Thank you for your time and thoughtful consideration of my request. I believe in David's inherent goodness and his capacity to learn from this experience and continue to be a positive force in the lives of those around him.

Sincerely,

Joann Cunningham
760-822-8738
JWoodshank@hotmail.com

Matthew A. Eichner, Ph.D
2128 Rio Rico Dr.
Pahrump, NV 89048

May 12, 2025

Hon. Andrew P. Gordon, Chief Judge
U.S. District Court
District of Nevada
333 Las Vegas Blvd South
Las Vegas, NV 89101

To the Honorable Andrew P. Gordon,

I am writing to ask for as lenient of a sentence for David Boruchowitz as possible. Though he has pleaded guilty, I know him to be a man who strives to do the right thing. He has demonstrated in his actions that I have witnessed, a personal character devoted to service to others and a willingness to give of himself to the community.

I have seen him work tirelessly in a local nonprofit organization, which I feel is important. But more important to me is the time he spends with people helping them personally, such as moving, cleaning, and ministering.

For these reasons, I believe that he is deserving of a light sentence, after (or during) which he can continue his charitable work in the community.

If there is anything else I can do for you, please don't hesitate to reach out.

Best,

Matthew A. Eichner, Ph.D.

Chief Judge Andrew Gordon,

This is a request for leniency or the lightest sentence possible, for David Boruchowitz.

I met David almost 12 years ago when we first moved to Pahrump. We have a Special Needs son, and moving to a new place is always hard.  We met David and learned about the Pahrump Disability Outreach Program.  David and his wife created this program because there was nothing out here for kids with disabilities.   P.D.O.P. is an incredible organization and we got our son, Gareth, involved right away.  He loves the activities and the skills classes every week.  David has been so integral in helping all of these kids in learning and growing.   Gareth just turned 28 yesterday and is still going to his skills classes, can't wait to go help David at activities, has a job and lives in a house with 2 other boys and staff to help them.  A goal that we reached 5 years ago with the help of P.D.O.P and David.

David is an advocate for all kids in school when their needs are not being met.  He will go to meetings with parents, teachers and staff to be sure that all accommodations that a child needs to get the best education they can, are satisfied.

David is a teacher, a mentor, an advisor, a friend, he gives everything he has to anyone in need.  He has been there for us whenever we needed his help, or guidance.  He is such a positive influence in our lives, especially for our son.  I don't know what the last 12 years would have been like without him.

Please take all of these things into consideration when determining punishment.


Thank you for your time,

Ginger Forbes

Christina Gaglione, LCSW

8890 Bonneville Peak Ct

Las Vegas, NV 89148

702-493-1573

cgaglionesmh@gmail.com

The Honorable Chief Judge Andrew Gordon,

Re: David Boruchowitz

Dear Judge Gordon:

I am writing to respectfully request leniency in the sentencing of David Boruchowitz, who has appeared before your court and accepted responsibility for his actions. I have known David for 6 years as both a professional colleague in the healthcare field and a personal friend, and I believe I can provide important context about his character and contributions to our community.

David has dedicated his professional life to serving others through his work as a former Captain of the Nye County Detention Center, and during that timeI had several interactions with him through my employment with Serenity Health. Since David's retirement his business has partnered with us in the healthcare field of work with Serenity Health, a behavioral health organization. In this capacity, he has consistently demonstrated compassion, integrity, and a genuine commitment to assisting those with behavioral health conditions. He and his business have been an asset to the agency to ensure privacy is upheld, and sensitive information is protected as they provide the role of a privacy officer.

Beyond his professional responsibilities, David has further demonstrated his commitment to community service through his leadership of a non-profit organization focused on advocating for children with disabilities within the school system. This organization has been instrumental in ensuring that vulnerable children receive the educational support they need and deserve. Additionally, his work has been critical in addressing and preventing bullying among students, creating safer and more inclusive school environments for all children.

I understand the seriousness of the charges against David, and I know he does as well. His decision to accept full responsibility for his actions demonstrates his character and his

commitment to making amends. This acknowledgment of wrongdoing is consistent with the person I have known for years – someone who values honesty and accountability.

I firmly believe that David has much more to offer our community if given the leniency in his sentencing. His continued work in healthcare through his business, and his non-profit leadership would allow him to make meaningful restitution to society through service to others. Alternative sentencing options such as community service, probation, or home confinement would enable him to continue his positive contributions while still facing appropriate consequences for his actions.

The absence of David from his vital community roles would not only impact him personally but would also deprive many vulnerable community members – particularly children with disabilities – of his advocacy and support. His organization fills a critical need that might otherwise go unmet.

I respectfully ask that you consider these factors in your sentencing decision. David has demonstrated through his life's work that he is committed to serving others, and I believe he can continue to make amends and positively impact our community if given the opportunity to do so outside of prison.

Thank you for your consideration of this request.

Respectfully submitted,

Christina Gaglione, LCSW

Chief Judge Andrew Gordon,

I am Dr. Joseph H. Gent, Superintendent of Schools for Nye County School District. For nearly two decades, encompassing my roles as a Special Education administrator, School Principal, and Superintendent, I have worked with David Boruchowitz as a special education parent/student advocate. Among the many advocates I've collaborated with, Mr. Boruchowitz stands out as the most exceptional.

During my eleven and a half years as a special education administrator, I frequently found myself on the opposing side of the table from Mr. Boruchowitz in high-stakes meetings. While we haven't always shared the same viewpoint, I have consistently found him to be a fair, logical, and helpful advocate. Parents who struggle with emotion regulation, communication, and executive functioning skills have greatly benefited and found success in advocating for their students with his assistance.

I am continually impressed by Mr. Boruchowitz's hundreds of hours of volunteer service to parents and families. His advocacy has undeniably improved the Nye County School District's ability to serve students with special needs. In recognition of this valuable contribution, the Director of Special Education and I maintain a regular meeting with Mr. Boruchowitz, and he makes himself available via text or phone on his personal cell. This close working relationship enhances communication and service delivery to our students and families.

Given Mr. Boruchowitz's nearly two decades of voluntary service to our students, families, and our school district, and hoping for many more years of his advocacy, I respectfully request that you consider leniency in your sentencing.

Sincerely,

*Joseph H. Gent*

Joseph H. Gent Ed.D.

Superintendent of Schools

Nye County School District

Personal Cell: 775-513-8564

06/04/2025

Chief Judge Andrew Gordon


Joseph C Hallenback

2920 Yucca Terrace Avenue

Pahrump, Nevada 89048


Dear Honorable Chief Judge Gordon,

I am sending this letter to request leniency on behalf of David Boruchowitz, who will be sentenced on June 10, 2025.

David Boruchowitz has been an influential figure in the Pahrump community. Has volunteered within the community for Pahrump Disability Outreach Program, as well as lending a hand with various other nonprofit organizations. David puts on the town's annual easter egg hunt, PDOP days (Halloween Event), and helps the less fortunate by collecting and giving out toys to those in need. I have seen him work tirelessly to help improve the community with his willingness to always lend a hand.

I have watched with admiration as he has encouraged and been a role model to his son, Noah. He is Noah's rock, always there for him when needed. He has instilled a will and determination that allows Noah to achieve anything he wants to do. His love for his family is immeasurable.

David has been influential in my life as well. With his help I have become a better man. He has helped guide me spiritually and walked me back into a deepened faith with God. David has held several positions within his church where he has led and guided young men into adults.

I know that David sincerely regrets his actions and certainly would not repeat them. I humbly request a lenient sentence as time in jail would negatively impact his family and our community.

Thank you for taking the time to read my letter. I can be reached at 775-283-8876.

Sincerely,

Joseph C. Hallenback

## Pomerantz, Crane

| | |
|---|---|
| **From:** | Kori Hansen <korihansen10@gmail.com> |
| **Sent:** | Sunday, June 15, 2025 9:16 PM |
| **To:** | Pomerantz, Crane |
| **Subject:** | letter on behalf of David Boruchowitz |

> EXTERNAL EMAIL: The sender (korihansen10@gmail.com) is external to Clark Hill. Exercise caution with links, attachments, or replies if this message is unexpected.

To whom it may concern,

I've known David now for about 9 years. We belong to the same church and are in the same ward. I have had the privilege of serving beside him the last 9 years. I love that David is always willing to serve those in need.

My husband and I were at our wits end trying to teach our daughter how to drive. If you have ever taught your own child to drive, then you know exactly what I'm talking about. It was frustrating and hard on both of us. I approached David about our situation and he gladly accepted the challenge to teach her how to drive. He was amazing at it. He had the patience and the ability to reach my daughter in a way that I was not able to. I can honestly say that she wouldn't have been able to get her license, if it wasn't for him and his willingness to help.

David currently teaches the youth in our ward. He has a gift. He has a way with the youth. He's able to talk and relate with them better than most adults. They feel loved without judgement and of course he is always entertaining when he teaches.

What I love the most about David is his passion for kids with special needs. He is their advocate and their voice. It's so close to his heart because he is raising a child with special needs. Noah, who has down syndrome is an amazing kid. David and his wife have treated and have raised him like all the other kids. They push him to be the best version of himself and to not let his limitations hold him back. He is such a kind, loving kid and I know he's learned that from his parents.

I love that their house is always open to all. David and his wife have hosted showers, missionary farewells, missionary homecomings, youth activities, and many more events at their home. They are truly accepting of everyone.

I'm grateful to call the Boruchowitz family our friends. They are great examples to me and what it truly looks like to love and to serve those around you.

Thank you,

Kori Hansen

Sean Hastings

5495 E La Campana Dr.
Pahrump, NV 89061
(702) 541-5470
seanchastings@gmail.com
05/15/2025

The Honorable Chief Judge Andrew Gordon

Subject: Plea for Leniency in Sentencing of David Boruchowitz

Dear Chief Judge Gordon,

I am writing to respectfully request your consideration for leniency in the sentencing of my friend, David Boruchowitz on June 10, 2025.

I understand that David has already pleaded to the pending charges and is pleased with the government's agreement not to recommend jail time. My purpose in this letter is to highlight the positive aspects of his character and his contribution to society, with the aim of encouraging the lightest possible sentence.

I have known David for over 15 years and have been consistently impressed by his dedication to his family and his community. He is a wonderful father to two children, one of whom has Down syndrome. He demonstrates a remarkable level of patience, compassion, and love for both children and his commitment to his family is truly inspiring. As a loving husband, he is a strong and supportive partner to his wife.

Beyond his family life, David is also deeply involved in a charitable organization called Pahrump Disability Outreach Program or PDOP. Through this program, he dedicates his time and energy to assisting mentally disabled children, providing them with resources, support, and opportunities. David also takes time out of his busy schedule to advocate on behalf of children and their needs to the Nye County School District with the intent of providing them with much needed resources to deliver better quality educational tools and needs. He is a tireless advocate for those that need it most and makes a real difference in their lives.

I firmly believe that David Boruchowitz's character and contributions are worthy of consideration when determining the appropriate sentence. I hope that by understanding his positive attributes and his commitment to his family and community, you will be able to grant him the lightest sentence possible.

Thank you for your time and consideration.

Sincerely,

Sean Hastings

June 1,2025

Chief Judge Andrew Gordon
U.S. District Court
District of Nevada

Dear Judge Gordon,

I am writing on behalf of David Boruchowitz. I believe he is scheduled to appear before you for sentencing later this month. While I believe that "the bandage needs to be large enough to cover the wound" and the sentence should be adequate to atone for the crime I also believe that there can be some discretion as to what "large enough" or "adequate" mean. I am not arguing for guilt or innocence. I know he has already plead guilty. I am simply asking that some lenience be afforded to David in this matter.

I am not trying to "guilt" you into any specific decision, just wanted to let you know that, along with some mistakes he has made, David has also performed many acts of charity, championed many good causes and been an upstanding example to many who have had no other. This is not just throughout his life wherever he has happened to be, but many that are specific to Nevada and Pahrump.

I suppose that the fact that he married my niece (whom we played a major role in raising during her teen years), has been around my family extensively and that I have not seen any of the evidence against him (though I believe it exists) may influence my opinion of David more in one direction than the other. However, I believe it is also probably true that there is much you do not know of David aside from court evidence – whichever way that may have gone.

David has always been willing to help when needed in the family and has always been supportive during family crises. Two of his accomplishments stand out to me.

First is his relationship with his Down Syndrome son, Noah. I am not discounting his relationship with his wife and daughter, just that the relationship with his son stands out to me. Having been the brother to a Down's sister, I was lucky enough to have had parents that tried to help her reach her potential, not just accept her as she was and blame everything on her condition. I was annoyed watching others treat similar people in a manner that seemed to be what was most convenient for them as parents, guardians, providers, siblings or whatever; not necessarily what may have been in the best interest of the special-needs individual. David, on the other hand, had expectations for his son (not to be a famous basketball player, race car driver, rocket scientist, lawyer or politician); but

reach beyond where he was and constantly improve on himself. Noah responded. Despite a lot of physical challenges, he shows determination in harder things and follows through on them. He has advanced far beyond many in his condition.

Second, is David's relationship with the special needs community of Pahrump. Living there and finding no help or assistance for those with these kinds of needs, He co-founded one. Called the Pahrump Disability Outreach Program (PDOP), it has been going strong and growing for over ten years and has helped many, if not hundreds, of children and adults cope with these special needs. As he was in raising his son, The motto chosen for PDOP is "Reach For The Stars". He is the face of PDOP and it seems that almost everyone who attends Pumpkin Days, their annual fund raising event, knows him. Certainly those with special needs and their families know him, recognize him, appreciate him and love him for his sacrifices and services to them.

We love David. And, while not seeking total exoneration, hope that the good he has done may also be considered and sway judgement a little more in the direction of leniency.

Thank you so much for your time. Your service to your country and community are much appreciated.

Sincerely,
John T. Brown
9070 W. Hammer Ln.
Las Vegas, Nevada  89149

John T. Brown
Digitally signed by John T. Brown
Date: 2025.06.01 19:08:13-07'00'

Dear Chief Judge Andrew Gordon,

Hello, my name is Erica Johnston and I own a local farm in Pahrump, Nevada named RNG Farms LLC. I met David through a pediatric office in 2014 when they first opened in Pahrump. I started attending different Pahrump Disability Outreach Program (PDOP) events and meetings with my belated mother, Lynne.

My mom saw how passionate I was about developmentally delayed individuals, and she soon took a lot of interest as well. Her and I spoke with David about adding on another branch of PDOP aimed for the older individuals which is now called Skills Club. This is when David and my relationship started.

I had always told people that I did not know the "cop" David. I know the PDOP David. I know how much he loves working with the individuals and how much he is dedicated to helping them. He helps more than just within his organization, he helps random people who need help with their children's IEPs. Even when he was swamped with work he still would find time to make it to IEPs. David has helped RNG Farms over the years with having us come with the petting zoo for the annual PDOP Pumpkin Days. After a few years I was not able to finically afford to attend the event with the petting zoo with just donating my time. He offered to compensate the farm, I just needed to put in a bid and he would discuss it at the board meeting. David also offered to design my website super last minute and did an amazing job. He offered to carry it for a few months to see about revenue before I started paying him for his time. I did unfortunately forget about this until recently, but he has been carrying it and had not asked for anything until recently asking if I wanted to continue services.

My personal stance with David.

David is an amazing person in my opinion. He and his family have been under so much stress with everything going on, yet here they are still being active in the community. I personally think that retirement has been good for him – minus the stress factor on why it happened faster than planned-. He has been able to focus on bringing more attention and awareness to PDOP. Yes, not all have been positive due to social media, but he is still out there taking everything being thrown at him. The Snack Shack and the bull riding gigs on the side to make extra money for the organization. Giving the club members a chance to learn work ethic. To me giving someone a chance - who no one else would - to learn some sort of

work experience is amazing. I referred to my mom as my belated mother previously for a reason. My mom stepped away from Skills Club when she had to due to her medical. She was heart broken to make that choice. David and my mom still continued a relationship with him checking in on her. When she decided to stop treatment for her cancer, she planned her whole funeral. She recorded videos for my dad, my sister and myself and left this with David to edit and deliver to us. Her funeral was held in David's backyard and when the three of us were not able to get the arrangements straight, David stepped up and did everything that needed to be done. He arranged foods, her pamphlet, speaking with the pastor, the live stream, chairs, even the last minute picture montage. Everything going on in his personal and professional life and he offered to do all of this for my family.

A few weeks ago I had my baby shower. I planned this shower months in advance. The day before my shower, it rained. Of course it rained! Why  ask that response? Because it was outdoor at the farm. The afternoon before the scheduled shower with over 80 people RSVPed David and Stephanie opened their home to my family yet again to host the shower there. He arranged all the tables and chairs to be there, set up and ready. This man and his family have welcomed my family into their family in so many ways. How many people would offer their home to possibly 80 people to come into their house who they have never met not just once, but twice for my family. David is a good person.

I don't consider anything in his career choice because I was fortunate enough to have to get to know that side of David. I was able to know him as the kind and giving man that he is. He still has a smile on his face even when you know he doesn't want to. I could not ask for a better business associate for RNG or a better man to add into my extended family. No matter what happens to him, I know he is a good man and I will never think less of him.

Thank you for your time,

Erica Johnston

RNG Farms LLC

Owner/Operator

702-427-8096

May 20, 2025

Amy L. Krueger
2351 Manitoba St
Pahrump, NV 89048
amy22lynn@aol.com
401-699-8465

To: Chief Judge Andrew Gordon

RE: David Boruchowitz

Hello, my name is Amy Krueger, and I know David Boruchowitz on a professional and personal level. I am pleading with you to show leniency on the sentence you impose on him.

I have known David for about 20 years, and he has been not only a mentor to me but a friend. He is someone that I know I could call at any time to help me with something and he will be there for me. He does so much for our community that I can't even name everything. One of them is PDOP (Pahrump Disability Outreach Program), which David is the founder and is a year-round responsibility for him. Without him, I don't believe this program would go on.

Please contact me if you have any questions.

Sincerely,

Amy L. Krueger
Amy L. Krueger

To: Judge

I am writing to request you please exercise leniency, and under no circumstances assign any jail time to my son David Boruchowitz. Here are the reasons why I feel this is so important.

David has done so much for me personally. Although he is one of 11 children, he is the only one who is here for me when I need any help even though he lives the furthest away. When I decided I wanted to retire to Florida from New York State, he flew across the country to load up the U-Haul and drive from New York to Florida, then helped me unpack and get set up. When I needed to move to a smaller apartment, he once again flew down and moved me. He is the only person in my life that I can count on. If/when I needed to be moved to Assisted Living, he would be the only one who would be willing to help me make that move as well.

Furthermore, there is his importance to his son, my grandson, Noah. Noah has Down Syndrome and looks to David for his care more than anyone else. David has helped him in every way ever since he was born, including recently when he joined him in dieting to lose more than 100 lbs., significantly improving his health. He makes him a healthy breakfast every day and packs a healthy lunch for him to bring to school. He has also been instructing him with driving lessons which will hopefully lead to greater independence when he receives his driver's license. Noah would be unbelievably devastated without his much-loved father's presence.

Finally, there is all the good David does as President of PDOP, the disability organization he founded in Pahrump when they were informed that they were expecting a child with Down syndrome and David realized there was no support system for people with disabilities in Pahrump. During the next 16 years, David worked tirelessly for this organization to the benefit of people with disabilities as well as the general population of Pahrump and surrounding areas. He has made a difference in the lives of so many people and continues to do so daily. He has driven several PDOP members to faraway states they were moving to and helped get them set up in new homes. He took guardianship of a young Down Syndrome woman when her mother died and set her up in a loving home where he makes sure she is happy and well-cared for. When a family adopted a toddler with Down Syndrome, he helped by caring for her in his home whenever they needed help. Another family with a difficult son with Down Syndrome relies on him heavily to assist him including taking him home for weekends and to special Olympics baseball. David has a way of relating to difficult boys to help straighten out bad behavior and I have had several PDOP parents tell me what a difference David has made in their sons' lives. David is very knowledgeable about IEPS and has been accompanying a growing number of parents to

their children's IEPS to help them understand their children's educational plans. His absence from this organization would be a serious loss to, not only the disability community, but to the public as well.

Thank you in advance for your consideration.

*Lynn Boruchowitz*

Lynn Boruchowitz

David's Mother

Steven M. Lee
400 E Sloan St
Pahrump, Nevada 89060

June 3, 2025

RE: David Boruchowitz

To The Honorable Chief Judge Andrew Gordon

I am writing this on behalf of David Boruchowitz. I met David Boruchowitz over fifteen years ago when I became a volunteer for the organization he founded (Pahrump Disability Outreach Program) here in Pahrump, Nevada. Over that time, David Boruchowitz and I became good friends. I was able to witness David Boruchowitz kind and generous heart, his desire and ability to help children with disabilities in our area through this organization. I myself have a son which I adopted at a very early age, and he was diagnosed with FAS (Fetal Alcohol Syndrome). David was always there to help with my son when it came to advocating for my son at school or helping me with resources in the community for my son. For as long as I've known David, he's always put his faith, family and the community before himself.

I am asking his Honor to show Mr. Boruchowitz leniency or the lightest sentence possible. Thank you for your time.

Sincerely,

Steven M. Lee

June 7, 2025

To: Chief Judge Andrew Gordon,

I am writing this letter in regards to David Boruchowitz. I have known him for several years both professionally and personally. I have the upmost respect for him. I have worked for several years partnering with him and his organization, Pahrump Disabilities Outreach. We work together sponsoring several events for our Community. I find him to be a great person to share ideas and community projects with. He is always willing to lend a helping hand to any cause.

David is a wonderful family man. family comes first for him. He is always at his daughter's dance competitions or school functions. David is also very action with his son as that is how he started his non-profit Pahrump Disabilities Outreach because there wasn't anything in the Community. Now he advocate's for the children in the school's to get what they need to help them. David is very religious and the family goes to Church every week.

David was there for me when husband passed away this past year. He was just a phone call away away. I don't know what I would have done without David and his wife during this time. It's the caring that David does that makes the difference.

I hope you will consider all the good things he does because his family and his community need him.

Thank-you for understanding.

Linda Wright Smith

Janice A. Maurizio
581 China Street
Pahrump, NV 89048

June 1, 2025

Chief Judge Andrew Gordon,

I am writing to you regarding David Boruchowitz.

I have known David Boruchowitz for over ten (10) years. I first met him while I worked in the Nye County District Attorney's Office. He was always straight forward and took his position very seriously. I transfered over to the Nye County Sheriff Office, working directly for Sheriff Sharon Wehrly, as Supervising Sheriff Administrator. I was her personal assistant and David Boruchowitz worked directly under her as Captain. He was a devoted officer, and went by the book, he knew the policies and procedures like the back of his hand. Sure, there were times I did not like him, especially getting written up, but I deserved the write up and then he counseled me, of what I did and how not to do it again. I knew he was doing his job, getting written up was part of it. We all screw up not thinking about the outcome, its human, and I know officers are held to a higher standard, but we all slip up.

There were many lunch times, when he was assisting families with Autistic Children, being a liaison between the parents and the schools. These families have so much to deal with medically and socially and someone must be there to make sure that their child was given all the help needed and David was that person. I came from New Jersey, and I had a daughter who was pulled out of classes for extra help, then they decided to streamline her, well that was a mistake, she could not keep up or was even ready to go back in the class. Well, she would not go to school, and I can understand why, I ended up having to watch my child get locked up, because she would not go to school. I wish I had someone like David to guide me, I trusted the school and that was a mistake. The lockup was short, one (1) month, but it has hit home and know she is now a good mother, wife and working with good benefits and advancement.

David Boruchowitz has made an impact on so many people for the good. He has made the PDOP in Pahrump, an outstanding organization. Not everyone would put such effort into this organization as he has done to benefit the children and families of Pahrump. Any time anyone needs something he was there assisting. He is an asset to our town and these children. A lot of people turn their heads on these children and families, not David, he is always with his hand out with a hug and encouragement. He is amazing, and I have seen this with my own eyes.

I am asking leniency in his case, as I have said earlier, we all make mistakes, and I know he realizes what he has done. This is something HE must live with for the rest of his life. I know I have made some bad decisions, and they come back in my mind and haunt me. God has a way of doing that, when you don't expect it, and it makes me drop to my knees and ask for forgiveness again and again. Some people don't deserve a break, but I'm asking you, to give it to him, this time.

Thank you for your time.

Sincerely,

Janice A. Maurizio

Frank J Maurizio

581 China Street

Pahrump, NV 89048

Fjjm303@gmail.com

775-209-5898

June 02, 2025


Chief Judge Andrew Gordon

Chief Judge

333 Las Vegas Blvd. south

Las Vegas, NV 89101


Dear Chief Judge Andrew Gordon,


I am writing to you on behalf of Former Captain David Borcuhowith, who served as a dedicated and exemplary Captain in the sheriff's department for over 20 years. Throughout his tenure, Former Captain David Borcuhowith consistently demonstrated unwavering commitment to upholding the values of integrity, professionalism, and service to the community.


During his time in the sheriff's department, Former Captain David Borcuhowith spearheaded numerous initiatives that significantly contributed to enhancing public safety and improving the welfare of both colleagues and community members. He was instrumental in implementing innovative training programs, fostering positive relationships with residents, and promoting a culture of inclusivity and respect within the department.


Former Captain David Borcuhowith has a proven track record of selfless acts of kindness and compassion towards those in need. He volunteered, such as organizing charity events (the PODP of Pahrump, assisting in community outreach programs. These acts underscore his genuine dedication to serving others and making a positive impact in the community.

Considering Former Captain David Borcuhowith's outstanding service and contributions to the sheriff's department, I respectfully urge you to consider his past accomplishments and good character when evaluating his current situation. I believe that he has shown remorse for any shortcomings and is committed to making amends and continuing to serve the community in a positive manner.

I kindly request your leniency and consideration in Former Captain David Borcuhowith's case, as he has demonstrated a genuine desire to learn and grow from his experiences. I am confident that Former Captain David Borcuhowith has the capacity to contribute meaningfully to society and uphold the values of the sheriff's department in the future.

Thank you for taking the time to review this letter and for your attention to this matter. Please feel free to contact me if you require any further information or clarification.

Sincerely,

Frank J Maurizio

Traffic/Homicide Investigator

Woodbridge Police Department, Retired

Woodbridge, NJ 07065

June 1, 2025

Your honor Chief Judge Andrew Gordon,

I am writing to you to request leniency on sentencing for David Boruchowitz. He is a dedicated husband and father to two amazing children. His daughter, Madelynn, who graduated High School this week with honors and with an Associate's Degree and a son, Noah, with Downs Syndrome, who adores his father and depends heavily on him for support with medical visits and life skills. His wife, Stephanie, is my niece and very close to me and my family. She met David while he was teaching a neighbor about Jesus Christ while serving on a voluntary two-year mission for his church. My family got to know David when he came to our house to help us through a difficult time during the loss of my daughter's boyfriend in a car accident. During our mourning, David came to our house and offered to help us in whatever we needed. He was thoughtful and cheerful and continues to this day to help others around him with his optimistic outlook and constant smiles.

David and his family attend family gatherings at our house (Thanksgiving, Christmas, family events) and comes early to help set up tables and always brings food he has made. Noah is on a special diet to lose weight and David prepares his food and even went on the same diet to help Noah, who has lost over 100 pounds in the last year. Noah adores his father and is usually found snuggling up to him for support and encouragement. Noah needs his father close by.

Soon after they had Noah, he had heart surgery. He has had several surgeries over the years and depends on David to help him through it. Just this past week Noah had a tooth pulled and he insisted that David be right by his side during the procedure.

Since there were no support groups in Pahrump for disabled children, after two years finding their way alone, David and Stephanie started one to help others, and the non-profit organization, Pahrump Disability Outreach Program (PDOP), started with basically a few people and has grown to hundreds. Their major fundraiser is the Annual Pumpkin Patch in October that has become an annual event in Pahrump where me and my husband volunteer. I enjoy watching disabled children, adults and their families run the spook alley, hay pyramid & maze, games and food booths. They get valuable experience and love to serve. They all love David and give him hugs throughout the 3 days of the event. David works day and night to make each year a success. The funds have been used to help families take their children to doctor visits out of town and extra necessary expenses that families with disabled children incur.

A few days ago I attended a graduation ceremony and I was told one young man, who will be totally blind in a few months, was able to graduate high school because David Boruchowitz advocated for him. David attends Individual Educational Plans (IEPs) with families that need help requesting services for their special needs children and does it for no cost to these families.

Another story about David that shows his integrity and strength in the community is while he was an officer on the Nye County Sheriffs Department and was called to a home where the father had taken his life. The mother and Down Syndrome daughter, Cinthia, were terrified and David comforted them and invited them to attend the PDOP support group and activities. They were active in the group for several years and then the mother became very ill and passed away. With no family to help Cinthia, David became her advocate and helped her get the services she needed. Cinthia has now become a part of our family and attends family events.

Please consider all David does in the community, for disabled persons, our family and most importantly his own son, Noah, who would be devastated without his father presence to help him. I appreciate your time and understanding in this matter.

Sincerely,

Mary Mooney Brown

Mary Mooney Brown
9070 W Hammer Lane
Las Vegas, NV  89149

Dear Judge Andrew Gordon:                                                    May 19, 2025


I moved to Pahrump in 2016.  My life was not going well, and I needed a purpose.  In 2018 I saw a post on my mom's Facebook page asking for volunteers to help set up an event at Ian Deutch Park.  I went down to the park and David was setting up for an event for the weekend.  I ended up working on the Pumpkin Fest for the entire weekend.  I saw all the amazing things that David and PDOP did for the kids. The smiles on so many kids' faces left me in awe.  That is how I was introduced to the PDOP family.  I started volunteering for everything that PDOP did.  David helped me find a purpose in my life.

In December they put on the Cookies with Santa event for the kids.  Once again, I saw the kids having a great time.  When David does an event with PDOP and the Holiday task force, they go all out to make sure the kids have a great experience.   Every year they put on breakfast with Santa where once again they go all out for the kids.  Each kid and their family get a meal, a present and pictures with Santa with no charge to the family.  Most events are free for children.  PDOP does a toy drive to make sure that every kid on the Santa list gets what they asked for and more.  If it isn't donated, they go and buy the gifts.

Everything David has done for the kids in this community has just made me appreciate him even more.  He has helped me personally by giving me a purpose, helping me with personal problems and getting a job as a para pro.  Every time I need help with anything; David is there for me and my mom.  David is such an amazingly incredible person who does so much for anyone who needs help.  He never asks for money or recognition for the things he does. This community would be in dire straits and the kids would suffer a great loss without him.  I cannot think what this community and I would be like without David around to help fight for the disabled.   If you know David, you are already a better person because he would do anything for you anytime.  Thank you for your time when considering this matter.

Sincerely,

Leslie Molenda

**Pahrump Pain Free**
**2280 East Calvada Ste. 301**
**Pahrump NV  89048**

May 21, 2025

To whom it may concern,

The following letter is being written on behalf of Mr. David Boruchowitz in reference to his upcoming sentencing hearing.

I have known Mr. Boruchowitz since 2006.  I have worked within church functions as well helping in the nonprofit events

I am the first to realize that there have been some mistakes made. I also understand that with mistakes come punishments.  I generally feel that Mr. Boruchowitz has been an asset in this community and helps many of those who reside here. He has been passionate in his service to those in the community with families who have special needs children.  I have also seen great work with older special needs individuals.  He has shown great concern for improving the lives of those in need.

It is my hope that leniency may be shown in the sentencing hearing.  I feel that Mr. Boruchowitz is an asset to many.  By allowing him to continue in the community I believe he can help others. I also feel that it will help heal his family.

If you have any questions, please feel free to contact me.  My email address is mtaylorchiro@yahoo.com. My phone number is 801-787-0288.

Sincerely,

Michael R. Taylor DC
Pahrump Pain Free

May 14, 2025

To: Chief Judge Andrew Gordon

Re: David Boruchowitz

Dear Sir,

I am writing you on behalf of David Boruchowitz.  I have known David for over 20 years, ever since he married my niece. In all these years, I have known David to be a loving, caring man who is always looking out for others first. When he found out his son was going to be born with Downs Syndrome, his priority became people with special needs. When he realized there was nothing for people, especially children, with special needs in Pahrump, he helped start Pahrump Disability Outreach Program. This organization helps all people with any kind of disability, no matter their financial abilities.  I knew he did a lot for anyone with disabilities but didn't realize how much until I actually moved to Pahrump and could see it firsthand. He spends every hour he can helping anyone who needs help, in the schools, in court, etc. I can't tell you how many times I have heard people say to David that they don't know what they would do if David wasn't there to help them.

After my mother died, David sent me a sweet note that first night to bring me comfort so I could sleep. He helped me find a place here in Pahrump so I could be near family. I can honestly say no one has been there for me more than David. When ever I need anything, he is there for me. As I was losing my sweet elderly cat, he was there when I needed someone to talk to. After she passed, he came over to take care of her for me, bringing flowers and a meal as he knew I was a wreck. I could go on but I hope you get the idea of what a great man he is.

At this time, I am asking you to please show him leniency as you consider his sentence. I don't know what the many with special needs will without him fighting for them. And personally, I don't know what I will do without him. I am a disabled senior and he is always there for me.

Thank you for your consideration in this matter.

Calen Nelson

2161 Keenan Way

Pahrump, NV 89048

cnelson222@aol.com

702-523-9097

# Your Honor Chief Judge Andrew Gordon:

About 25 years ago a young missionary knocked on my door. The missionary was David Boruchowitz. I instantly felt his spirit and we became friends. He became friends with my extended family too.

I didn't know that this young man, several years later, would become officially a part of our family when he married my daughter Stephanie in the Las Vegas temple.

He was a police officer in New York, so my daughter moved to New York. She became so homesick that he quit his job and moved with her back to Las Vegas. He applied for a position in all the forces in the area. He was hired in Pahrump.

He excelled in the department and even solved a famous case within days of became a detective.

The Boruchowitz family began to grow with the addition of a beautiful baby girl, Madelynn. Two years later they found out they were having a baby boy. Around 8 months gestation they were told that their baby was going to have multiple chromosome defects. They also found he would have a heart problem. They encouraged them to abort their baby boy.

Their faith was strong and they were going to fight for their son. Noah was born with trisomy 21 Down's syndrome and a heart defect. At 3 months old he had his surgery to repair his heart.

After Noah's birth they looked for a support group for families facing the difficulties of having a child with special needs. When they couldn't find one they started one.

Fifteen years ago I attended the first meeting for Pahrump Disability Outreach Program (PDOP). Only about 15 people attended. It has grown to helping and supporting thousands of special needs clients, parents and adults. Everyone who helps are volunteers. The amount of time and effort that is donated is astounding.

Nobody donates more time than David. He helps every member of our group and anyone in the community that needs his help.

David's volunteering isn't just for PDOP but for the whole town of Pahrump. There isn't a town function that David and PDOP volunteers aren't helping.

That sweet boy Noah has excelled. There isn't anything that he won't try. He is a miracle boy. He has become a celebrity in Pahrump. Everyone loves him as soon as they meet him.

My granddaughter Madelynn has excelled in dance and is graduating near the top of her class. She has been a huge help with all the volunteering while winning many awards in dance and at school.

My daughter Stephanie also works tirelessly supporting the town of Pahrump and raising a beautiful family.

The Boruchowitz family has opened up their home to many community functions including ; Weddings, celebrations of life and parties.

One of the members of PDOP needed to move to Idaho to be closer to extended family after her husband passed away. She is raising two adopted children with special needs and a granddaughter. David loaded his truck and trailer and moved them to Idaho himself.

I'm asking you as a mother, mother-in-law, and grandmother to find leniency with your sentencing in this case. David is invaluable to the community of Pahrump and our family. Pahrump is much better off with his help.

Thank you,

Bridget Nelson
702-460-9955
381 South Blagg Road
Pahrump, Nv. 89048

-

Johnny O'Neal
2470 Ambler Way
Pahrump, NV. 89060
Phone: 775-513-1957
Email: johnnyo48@hotmail.com

The Honorable Andrew Gordon
United States Chief District Judge,
US District Court of Nevada
333 Las Vegas Blvd
Las Vegas, Nevada 89101

Dear Honorable Judge Gordon,

I hope this letter finds you well. My name is Johnny O'Neal. I am the former president of Pahrump Youth Sports and a coach of Pahrump's youth football, wrestling, Little League, cheer, and high school mountain biking clubs. I am writing to request your leniency regarding the sentencing of my friend, David Boruchowitz, who is scheduled for sentencing in your court on June 10, 2025.

I have known David for the past 17 years. Our wives worked together at the local bank. In that time, I felt I had gotten to know David's personality- professionally, spiritually, and personally. As a police officer in the Nye County Sheriff's office, David was always the one the other officers would call for advice or clarification of instructions. If we met at an event or a social gathering, he would excuse himself and take the calls. I was always impressed with his knowledge of the law and statutes. This fostered his quick rise to Captain of the Sheriff's office.

David is a spiritual influence in our community. He impacts others around him, some of whom he had arrested and selflessly helped turn their lives around. If you broke the law, David would arrest you. But if you needed help, he would be there when you got out. He baptized a gentleman a few years ago who many had written off as a lost cause. David's constant friendship and endless support matured in this guy. And now that gentleman is a reformed addict, a loving and providing father, and a contributor to our society. David is a spiritual touchstone not just for the ones who may have lost their way, but also for those who have never strayed but need to see what true transcendent leaders are like.

I know you will get quite a few letters saying the same thing: That David is a great father and husband. But this would be a gross understatement. He does more than provide for his wife and children. David selflessly sacrifices countless hours to the many duties of a father and husband.

But what sets David apart from the other dads is that his son has Down Syndrome. Yet, he has never let the challenges of dealing with that stop him from his duties as a father to his other child or as a husband to his best friend. All of this is awe-inspiring. The Boruchowitz' are at every function- sports, recitals, and church ceremonies as a family. And they make time to do the family outings that so many of us do not find the time to do. Their family road trips are amazing.

David has embraced his son's hardships and the larger special needs community. In 2009, he started a nonprofit advocacy group in Nye County, the Pahrump Disability Outreach Program (PDOP), which provides support, education, training, and friendship to children with disabilities and their families. David continues to be actively involved in community service activities to help raise awareness of the group, holding fundraisers for the group's needs. Whether it's the annual PDOP Pumpkins Days, Back to School supply drives, or Christmas toy drives. David volunteers countless hours, ensuring that the PDOP message is getting out. He and others are always there as friends in the special needs community.

The circumstances that have put David in this position are at your perusal. He has entered a guilty plea as a result of a bargain made. He lost his job as a police officer, something he was highly qualified and adept at. His good name has been sullied in the press. Consequently, his family has been ridiculed. David is not a chronic criminal. He was not a dirty cop. He followed an order. And that has cost him everything, his career, and the larger community's trust. Now his outcome is in your hands. You have all the facts. I kindly ask that you consider a reduced sentence. I ask for leniency in his probation.

David has taken significant steps to turn his life around after the debacle caused by this unfortunate situation. His family, the blood relatives, and the communal ones need him around. David will go on to do great things. He is a giver. It is in his nature, in his personality. Thank you for considering my request. I trust your judgment and appreciate your time.

Sincerely,

Johnny O'Neal

March 24, 2025

Chief Judge Andrew Gordon

United States District Court for the District of Nevada


I am writing this letter on behalf of David Boruchowitz. I am informed that you will be sentencing him on June 10, 2025.

Before I express my request for leniency for David Boruchowitz. I believe it will be helpful if I explain who I am and how I know David Boruchowitz.

I do not want this letter to be about me, but a little background will help you understand that I am very familiar with the Federal Criminal Justice System. While we know one another, I have not been in an active practice for a number of years, so I wish to share some background information. I have been an attorney in Las Vegas, Nevada for almost 50 years. I started my career in the District Attorney's office for Clark County. Then I was a Special Prosecutor for the Organized Crime Section of the United States Department of Justice from 1983 to 1989. I then went into private practice and ended my career as a senior partner in a large National Law Firm. In my retirement, I have centered my activities around family community, and church service.

I am not writing this letter as an attorney but as a friend of David Boruchowitz. David Boruchowitz is known to me as brother Boruchowitz, because of our mutual church service. I have only known him for several years, but my experience with him has been deep and rewarding.

I do not know any facts about his criminal case, other than what I have read in the newspaper. We have not had any in-depth conversations about his case. Therefore, I can only offer a perspective of someone that has seen him in the best light.

My experience with him has left me with the Deep impression of a person that is compassionate and caring. While, I could offer many examples of his compassion and empathy, I will simply use one example that demonstrates the depth of his character.

In our mutual service there was another brother that struggled with emotional and mental disabilities. What impressed me was that Brother Boruchowitz stepped up without being asked and took this brother under his wing. He guided him and taught him and literally became a surrogate caregiver.

I hope that this letter helps you in the decision you need to make. I recognize that you are charged with the responsibility of making sure that Justice is properly executed. I would simply add that Justice needs to be tempered with Mercy. While, we don't know each other very well, I know that you understand this concept of Mercy better than most.

I offer this letter requesting leniency with deepest respect.

Sincerely,

Stanley Parry

4676 Monument Valley Road

Las Vegas, NV 89129

702-575-9407

March 24, 2025

Chief Judge Andrew Gordon

United States District Court for the District of Nevada

I am writing this letter on behalf of David Boruchowitz.  I am informed that you will be sentencing him on June 10, 2025.

Before I express my request for leniency for David Boruchowitz.  I believe it will be helpful if I explain who I am and how I know David Boruchowitz.

I do not want this letter to be about me, but a little background will help you understand that I am very familiar with the Federal Criminal Justice System. While we know one another, I have not been in an active practice for a number of years, so I wish to share some background information.  I have been an attorney in Las Vegas, Nevada for almost 50 years.  I started my career in the District Attorney's office for Clark County.  Then I was a Special Prosecutor for the Organized Crime Section of the United States Department of Justice from 1983 to 1989. I then went into private practice and ended my career as a senior partner in a large National Law Firm.  In my retirement, I have centered my activities around family community, and church service.

I am not writing this letter as an attorney but as a friend of David Boruchowitz. David Boruchowitz is known to me as brother Boruchowitz, because of our mutual church service. I have only known him for several years, but my experience with him has been deep and rewarding.

I do not know any facts about his criminal case, other than what I have read in the newspaper. We have not had any in-depth conversations about his case. Therefore, I can only offer a perspective of someone that has seen him in the best light.

My experience with him has left me with the Deep impression of a person that is compassionate and caring. While, I could offer many examples of his compassion and empathy, I will simply use one example that demonstrates the depth of his character.

In our mutual service there was another brother that struggled with emotional and mental disabilities. What impressed me was that Brother Boruchowitz stepped up without being asked and took this brother under his wing. He guided him and taught him and literally became a surrogate caregiver.

I hope that this letter helps you in the decision you need to make. I recognize that you are charged with the responsibility of making sure that Justice is properly executed. I would simply add that Justice needs to be tempered with Mercy. While, we don't know each other very well, I know that you understand this concept of Mercy better than most.

I offer this letter requesting leniency with deepest respect.

Sincerely,

Stanley Parry

4676 Monument Valley Road

Las Vegas, NV 89129

702-575-9407

**Pomerantz, Crane**

| | |
|---|---|
| **From:** | Debbie Pillman <debbiepillman@yahoo.com> |
| **Sent:** | Thursday, June 12, 2025 7:17 AM |
| **To:** | Pomerantz, Crane |
| **Subject:** | David Boruchowitz |

EXTERNAL EMAIL: The sender (debbiepillman@yahoo.com) is external to Clark Hill. Exercise caution with links, attachments, or replies if this message is unexpected.

To whom it may concern ,

My name is Debra Pillman, and I am writing to offer my strong support for David Boruchowitz. As a resident of this community for 36 years and a foster parent for the past 19, I have had the pleasure of knowing David for approximately 17 years.

Our relationship began through professional interactions related to foster care. I consistently found David to be respectful and helpful. Over time, this professional relationship blossomed into a valued friendship and neighborly connection. David and his family have shown exceptional kindness and support, welcoming us into their home and providing respite care for our foster children on numerous occasions. Their willingness to assist has been invaluable.

Beyond the personal connection, David has provided invaluable guidance and support in navigating the complexities of special education, connecting us with crucial community and medical resources. His mentorship and advice have been instrumental in helping us care for children with special needs. In short, David is a consistently reliable and trustworthy individual, and a significant asset to our community. We highly value him as a friend, neighbor, and community partner.


Sincerely,

Debra K Pillman
300 Mesa Dr
Pahrump Nevada
89048
7023264497


Sent from Yahoo Mail for iPhone

1

Stephanie Boruchowitz
201 Lupin Street
Pahrump, Nevada 89048

May 28th, 2025

The Honorable Andrew Gordon
Chief District Judge
U.S. District Court of Nevada
333 Las Vegas Blvd
Las Vegas, Nevada 89101

Re: Leniency for David Boruchowitz

Dear Chief Judge Gordon,

I am writing this letter as a wife, a partner, and a witness to the life of a man whose heart has always been tethered to the good of others. My husband, David Boruchowitz, has been a dedicated police officer, a steadfast advocate for our community, and the foundation of a nonprofit that brings hope and joy to children with special needs. Yet, I would be remiss if I didn't candidly express that this relentless devotion to others has come at a cost—a cost our family has shouldered with love, resilience, and no small measure of heartache.

Our marriage, though built on love, has not been an easy one. For over 20 years, I have found myself consistently coming second, third, or even fourth to everyone else. Whether it was a work call, a church need, a nonprofit responsibility, or even a friend or stranger in desperate need, I always came last. Not because he didn't love me, but because he believed I was strong enough to manage and endure. While this belief in my strength may have been a testament to his admiration of me, it also left our marriage in a rocky situation, strained by the reality of always being on the backburner. Yet, even through the struggles and the hardships, we have both remained dedicated to fixing and fighting for our family, refusing to give up on the bond that has carried us through decades of challenges.

His willingness to tackle these struggles alongside me and fight the fight for our family's survival is a testament to the strength of his character and the depth of his integrity. Despite the imbalance our marriage has endured, I have come to understand that his selflessness, his unwavering commitment to others, is simply who he is—a man who prioritizes service above all else, even when it costs him dearly on a personal level. This unrelenting dedication is both the source of our challenges and the reason I continue to stand by him. It exemplifies the very essence of his character: a man who does not shy away from adversity but faces it head-on, always striving to make the world a better place.

When our son was born in 2009 with Down syndrome, it was both a blessing and a challenge that tested us deeply. As parents, we reached out to the community for help and support, only to find that there were no resources available for families like ours. True to his character, my husband didn't shy away from the challenge; he decided to go big. He founded the Pahrump Disability Outreach Program; a nonprofit aimed at providing support and resources for families navigating the complexities of disabilities. He poured his heart into building this organization so that no family would ever have to feel the isolation and struggle that we endured. Today, this nonprofit serves hundreds of families, offering hope, guidance, and a community where none existed before.

Beyond this, he has spent countless hours supporting children in our community through toy drives and back-to-school events, ensuring that no child feels left behind. He has personally contributed financially and physically to school programs, sporting clubs, and other community organizations, always striving to create opportunities for those who lack them. His generosity knows no bounds, and his dedication to improving the lives of children and families has touched so many hearts.

Since retiring from his position as a police officer, I had hoped that this new chapter would allow him to focus more on our family and bridge some of the gaps left by his years of service. Instead, he has immersed himself even more deeply into his nonprofit work. His dedication has not lessened; it has simply shifted focus. He now spends more than full-time hours attending school meetings for special needs children, meeting with parents and families, and providing unbelievable support to even more families and children. Retirement has not slowed him down—it has only amplified his drive to serve.

In addition to his work with the nonprofit, my husband has dedicated himself to service through our church, where he is always the first to volunteer. His personal motto, "Charity never faileth," is not just a slogan he repeats but a principle he lives by. He owns it fully and acts on it every single day. I have seen him spend hundreds of hours helping others in need, often at a moment's notice. Whether it's rushing out in the middle of the night to help someone with a leaking pipe, running to the store to get milk for a struggling family, or putting money on someone's electric bill to keep their lights on, his selflessness knows no bounds. He disregards our own personal finances to ensure that others have what they need, even when it adds to our own struggles.

The mistake that brings us to this point is undeniably serious, and he has owned it completely. He does not deny his actions, nor does he shield himself from the consequences. He has expressed his regret not just to me, but to those he has let down, and he carries the weight of that guilt every day. However, I believe that this mistake does

not define him. Rather, it is a painful chapter in an otherwise exemplary life—a life devoted to service, sacrifice, and the betterment of others.

A day does not go by where he does not express profound remorse for the problems he has caused—for the disappointment he brought to the community he cherishes, the agency he has worked so hard to uphold, and the family that has stood beside him through it all. The burden of his mistake weighs heavily on his heart, and his determination to make amends only reinforces the strength of his character.

Your Honor, I plead with you to consider the entirety of who my husband is. Yes, he has faltered, but he has also been the kind of person who runs into danger when others run away, the kind of person who spends his free time creating opportunities for children who often have none, and the kind of person who, despite everything, has always tried to do what is right. His unwavering commitment to helping others has often left our family feeling like we come second, yet I see now that this is simply who he is—a man who always puts the needs of others before his own. And while this has been difficult for us as a family, it is also what makes him so remarkable.

We have suffered as a family, enduring the long hours, the missed moments, and now this devastating turn of events. But we are also proud of the man he is and the values he stands for. He is not a perfect man, but he is a good man—a man who has given so much of himself to others, often to his own detriment. I humbly ask for your leniency, not just for him, but for our family, who is ready to support him as he moves forward, determined to make amends and continue his lifelong mission of bettering the world around him.

Thank you for taking the time to read this letter and for considering the entirety of my husband's character. I hope you can find it in your heart to see him not just as someone who made a mistake, but as someone who has spent a lifetime trying to make the world a better place and give him the most lenient punishment that you have the ability to give.

With deepest gratitude,

Stephanie Boruchowitz

25 May 2025

Chief Judge Andrew Gordon
United States District Court
District of Nevada

Your Honor,

I am humbly requesting your consideration in leniency in the case of Defendant David Boruchowitz. I have known the defendant in a professional and personal capacity, having worked at the District Attorney's office and currently Nye County Justice Court and as a parent to an autistic son who is involved with PDOP (Pahrump Disability Outreach Program).

In all interactions with Defendant Boruchowitz, I have found him to be professional, courteous, willing to assist and offer solution focused ideas to enable a successful outcome to defendants that I have supervised under the Nye County Justice Court community service program. The defendant was instrumental in offering training to detention staff on dealing with a disability population once arrested and handling any triggers to that population once incarcerated. It aided my job when interviewing tremendously. I still see some of these techniques used today with the older detention staff that were trained by the defendant.

On a personal level, the defendant works to ensure Pahrump has a stress-free organization that enables parents and anyone facing challenges to attend. Navigating the many mountains of paperwork and challenges our children and adults with disabilities face is highly stressful and in today's world we need folks like the defendant who mentor and support this vulnerable population. The defendant has been instrumental ensuring the Nye County population is made aware of the shortages people are experiencing in the disability population, here in Pahrump and throughout Nye County. The defendant is the person we need to carry on pushing to obtain services here in Pahrump to aid our disability population. One personal mention, is how the defendant on a PDOP night, boosted my son's confidence by inviting him to play his bagpipes and talk to people about how that fine musical instrument works. My son had no issues playing, but having to speak to a group was nerve racking to him. The defendant ensured he played in a relaxing environment and after seeing the interest generated and the patience of the folks, he was so at ease to speak. Small gesture but the encouragement made a huge change in my son speaking at other events.

Again, I humbly ask for leniency in this case.

Respectfully,
Ruth Sainsbury
4855 S Adriano Way
Pahrump, NV 89160

William Trent Scarlett
9070 W Hammer Ln
Las Vegas, NV 89149
w.scarlett@cox.net
(702) 343-5289

June 1, 2025

**The Honorable Andrew P. Gordon**
Chief United States District Judge
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101

**Re: Sentencing of David Boruchowitz – Request for Leniency**

Dear Chief Judge Gordon,

I am writing to you with a heavy heart, but also with sincere hope, as you prepare to determine the sentence for David Boruchowitz. I fully understand that David has taken responsibility for his actions and pled guilty. My purpose in writing is not to argue guilt or innocence, but to humbly ask that you consider leniency when imposing his sentence.

David has had a profound and positive impact on my life and the lives of many others around him. Over the years, I've witnessed David show up for others time and again — not because he had to, but because that's who he is at his core. He's the kind of person who checks in when someone is struggling, who gives his time to help with anything from fixing a broken fence, offering a ride to work, helping a family move, or providing a warm meal, even when it was inconvenient for him. Moments like these show the kind of heart he has — one that truly cares about others.

David has also quietly helped people in our greater community who were going through hard times. I know of instances where he provided food to families in need, helped neighbors with job searches, or simply sat and listened to someone who was struggling. These small but meaningful actions show a side of him that doesn't make headlines but makes a real difference.

I also want to share that I previously served as a federal grand jury foreperson locally for 2 years, and that experience gave me a deep respect for the justice system and the responsibilities it carries. I do not make this request lightly. I understand the seriousness of David's case and the importance of accountability, but I also believe strongly in the value of redemption and rehabilitation when it is truly possible. In David's case, I believe it is.

Your Honor, I ask only that you consider the totality of who David is — not just the offense before the

Court, but the good he has done and the good he still has the potential to do. I am hopeful that, in your judgment, a measure of leniency is warranted.

Thank you for your time and for the opportunity to share this perspective.

Respectfully,
**William Trent Scarlett**

From the Desk of
**Scott D Shepston**

**May 15, 2025**

**To whom it may concern,**

I am writing to express my unwavering support for David Boruchowitz, a truly remarkable individual whose tireless dedication to others has touched countless lives. His deep involvement with PDOP, inspired by his son's journey with Down syndrome, is not just about advocacy—it's about love, sacrifice, and a genuine commitment to helping others navigate challenges that many don't fully understand.

David has never hesitated to step up for those in need. Whether it's offering guidance, connecting families to resources, or simply being a voice of encouragement, he does it all at no cost, never expecting anything in return. His work with the local school district and the IEP program has been invaluable, ensuring that children with special needs receive the individualized attention and support they deserve.

Beyond his community work, David's commitment to his family is at the core of who he is. He is a devoted husband and father, always prioritizing the well-being of his loved ones. The same care, dedication, and integrity he brings to his advocacy efforts are reflected in the way he supports and uplifts his family. His love for them fuels his mission, making his work not just an act of service but a deeply personal calling.

David is more than a leader—he is a pillar of strength and kindness in our community. His impact extends beyond the people he directly helps; his influence sets an example for how we should support one another. Whether fighting for better services, guiding families through difficult decisions, or simply showing up when needed, David has consistently put others first. His heart is in the right place, and his actions prove it.

I am honored to stand in support of him—not just as someone who has witnessed his efforts, but as a friend and brother in Christ. His faith informs his deep sense of responsibility to care for others, and I know firsthand that his work is rooted in integrity and compassion.

Given David's character, his lifelong commitment to service, and the profound impact he has had on our community, I sincerely ask that consideration be given to his circumstances. I urge leniency in his sentencing, if not a complete dismissal, as his contributions far outweigh any perceived missteps. The value of the work he continues to do—without hesitation and without expectation—should not be overlooked.

While this letter has been assisted with the use of AI, the sentiments expressed are entirely genuine and heartfelt. My support for David is unwavering, and I ask that his dedication to others be taken into account as his situation is considered.

**Sincerely,**

Scott Shepston
sdshepston@gmail.com
775-990-8696

Scott D Shepston * sdshepston@gmail.com * 775-990-8696

Judge Gordon,

Please find attached the copy of the organizations website that Mr. Boruchowitz started.  I am currently vice president of that organization.  We are the only organization in Pahrump that helps disabled children, and adults that were disabled as children.  Mr. Boruchowitz spends many hours a week taking care of these kids.  Yes even the 60-year-olds are referred to as our kids because mentally they are.  We hold classes weekly on how to fill out job applications, safety on the internet, how to clean your bodies, everything you can imagine.  He responds when they're sick.  He buys them food when they don't have, and he pays their power bills.  We drive them everywhere.  He even "rescued" for lack of a better word one man that was being abused from Las Vegas, found him housing, and move him to Pahrump.

I am pleading with you sir to give him leniency.  Our organization cannot function the same without him.  He does more for people in need than anyone I know.  Just to PDOP about average of 25 community service hours a week.

Me personally he's the first to call during wind or rain storms.  My husband and I are in our 70s.  When my husband has to stay with kids he will stay with me in hospital when needed.  He is the person who is down to take guardianship of several of the disabled adults when the parents died.  I think it's like seven or eight not sure it grows.

Attached you will find eight letters.  At our weekly skills meeting I told them vaguely the predicament David was in and invited anyone who wanted to write a letter to you to do so.  The first one, that has no name on it, is written by David's son Noah.  He could not write a letter so he dictated talk to text and my husband printed it for him exactly as he dictated it.  He has down syndrome and his speech is difficult for talk to text to pick up the exact words, but you certainly can receive his message.  He needs his father and loves him.  The rest are by some of the other "kids" who were present at the meeting.

He is the savior to at least 150 disabled "kids" in Pahrump, please sir I'm asking you to strongly consider on the behalf of these kids, to consider a lenient sentence.

Cindy Small

775-253-0767

www.pahrumpdisabilityoutreachprogram.com

Dear Judge Golden

David Boruchowitz

thank you for you help me

I like you for him out for diet I like you a lot and it's a lot for me together love you there's a heart from my heart together we are great diet together thank you from to Pops and skills you get faster together we are strong diet ever you never seen together for for anything you could do. I love you, dad I love you. I disappear for you that I know what's going on with you but together way to go forever so you my mom for your daughter thank you for together. I was listening to you again for together for we are together for a whole entire night and this part you staying together and you have a lot I love you, dad I like together. I'm gonna talk to you, but I have to get together. be together, together I know from to park by still and pop together what is called help together it is us to Jesus together. You saw a man like you are you mom and dad get together I want happy and hard together from my heart and my mom is saying for your daughter too for Noah to know, I love you a lot and a lot together. I love you dad don't go to jail.

dear Judge gorgenson

My Name is ANthoNY Jr
I am 8 years old I am writing
for David Boruchowitz.
He Has Helped my step Mom
olivao with school and in skills.
he Volunteers for peop. thank you

Dear, Judge Gorden
My Name is AustinLee myggers
23 ~~~~~~~~~~~~~~~~~~ David
Boruchowitz for.

he ~~~~ took my for smash the
car for poop pumpkin Days &
I got to Do the money and go
Easy

Thank YOU!.

AUStin Lee

Dear Judge Gorden,
David is a good friend of mine
Boruchowitz                    from Pdoß
                               from
                               ChrisGregor
                               t Im 47
                               years old

April 3, 2025

Dear Judge Gorden,

I am writing on behave of David Boruchowitz. My is Gavin Small, I am 16 years old. I am a sophomore in high school. David has done so much for me over these past few years. He helped me orgainze my IEP meeting making sure I was getting the right help I need for my Teachers so they can teach me the way I learn. He has helped with fighting the school.

Thank-you

Gavin Small

Dear Judge Gordon

I Love

David

Boruchowitz

Thank you,

Isa Hernandez

Age 24

Dear, Judge Gorden

I am writing for David Borchuwitz Please go easy my name is Robert edwards I am 21 years old David Borchuwitz has ~~helped me get into the~~ Met me at PDOP Pumpkin clays and he got me into PDOP skills and the skills teacher Mrs. Cindy and they taught Me how to do Money, they helped me learned how to budget, helped me get on the PDOP Board as a client leason.

Sincerely,

Robert Edwards

Dear Judge Gordon,

I'm JOHNATHAN "JP" PALMA, and I'm 19 years old. I'm currently in high school for the second time, working hard to earn my standard diploma. I'm vision-impaired, and it's been a challenge, but I'm determined to succeed.

I'm writing to tell you about the incredible impact David Boruchowitz has had on my life. He's been more than just a helper - he's been a true advocate and friend. Over the past couple of years, David has assisted me with my IEPs, which has been a game-changer for my education.

One time that really stands out was when my teacher and I disagreed about using my cane. The school was pushing me to use it, but I didn't feel comfortable doing so. David stepped in and defended me, helping me assert my rights. He's done the same thing many other times when teachers or staff were being disrespectful or hurtful.

But David's influence goes far beyond just helping me navigate tough situations. He's helped me believe in myself and my abilities. He's encouraged me to chase my dreams, like starting my own nonprofit to help others in my community.

David's guidance and support have given me the confidence to work hard and strive for excellence. He's taught me that with determination and perseverance, I can achieve anything I set my mind to. Because of David, I've been able to see my own potential and strive for greatness.

That's why I'm asking you to please consider David's character and all the good he's done. He's not a bad person, and he doesn't deserve to be punished harshly. I'm worried that if he gets house arrest or even prison time, it would be really unfair.

David has been a lifeline for me, and I know he's helped many others too. He's someone who truly cares about making a difference in people's lives.

Please, Judge Gordon, I'm asking you to be merciful and understanding. David has done so much good, and I believe he deserves a second chance.

Thank you for taking the time to read my letter.

Sincerely,
JOHNATHAN "JP" PALMA

Honorable judge Gorden

My name is Lawrence Small. I have lived in Pahrump Nevada since 1998. I am writing you in a request for leniency for Mr. David Boruchowitz.

Over the last 20 some years, Mr. Boruchowitz has become like a son to me. We started helping with his nonprofit due to our disabled daughter that we had adopted 27 years ago. We currently have our grandson who has many mental disorders and Mr. Boruchowitz has always been there to help us with everything along the way. IEP, paper work, temper tantrums,  that's just our family . He has well over 100 150 other children that he helps in our community that are disabled.  Thank  you Judge Gorden for your time and all your efforts that you have put into this case please again we are asking for leniency. Our community would get a loss without Mr. Boruchowitz

Larry Small

Chief Judge Andrew Gordon

Lee Sproul

981 Daytona St

Pahrump, NV 89048

Honorable Judge Andrew Gordon,

Your Honor, as a child in school I placed my right hand over my heart and I recited the pledge of allegiance repeating the words, one nation under God, indivisible with liberty and justice for all. As a youth I never understood what those words meant. Approximately 20 years ago I met an individual that helped me understand and create a definition for those words. As with any piece of paper there are two sides. You have been given figuratively speaking one side that has painted an image of a man I'm not familiar with. I'd like you to flip that paper over and learn about the man I've come to know over the years. Your honor I'm not envious of the responsibility placed before you, holding one's future in their balance.

I believe there are two types of people, doers and sayers. Before you is a doer. I met David in 2006 while we were assigned to be youth leaders over 4 young men Nick, Kyle, Austin, and Chase. Two came from broken homes and two came from solid foundational homes. It was a struggle to get those four young men to do something everyone wanted to do. There was a lot of negotiating and compromise on both sides. Every summer we tried to have a major life lesson activity these young men could look back on. An activity that was fun but instilled a reminder of something good they could hold onto when times get tough. This particular year the fun activity was Magic Mountain. Austin, one of our troubled youth, brought a knife to the park. David saw a teaching experience for Austin and shared the accountability for this young man's wrongful choice. That honorable act was the first of hundreds to follow.

David sees the potential in others, and tries to give them the opportunities to achieve that potential. As a law enforcement officer he was responsible for arresting many individuals. David has assisted in helping many convicted individuals to turn their lives around and become productive members of society.

In 2009 David became the father of Noah. Noah was born with Down Syndrome. As David did research, he found our town lacked services that could assist those with disabilities. David and another individual founded PDOP, Pahrump Disabilities Outreach Program. One of the many roles PDOP has taken on is a role to advocate for individuals in our local school district. David advocates on children's behalf in their IEP. The IEP's primary goal is to provide a tailored educational experience for students with disabilities, addressing their specific learning challenges, and ensuring they can access and make progress in the general education curriculum. David does 10-15 IEP's, volunteering anywhere from 20-60 hours a week depending on how long each meeting takes during the school year at no charge. Of the hundreds he has done over the years, only one person has offered to provide a monetary payment to which he directed them to donate to PDOP to assist with other's needs. The man that stands before you is a good pillar in our community.

In July of 2021 I was taking my boys on a fishing trip to Wyoming. I arrived on Sunday July 25th. That evening shortly after 10:00 pm, a microburst storm hit our neighborhood with tornado strength winds. Four 50-foot pine trees that weighed approximately 10,000 lbs. each, uprooted from our yard and landed on our house. My wife was home alone at that time and was in a state of shock as we had tree branches coming through the roof into our living room. As soon as David heard our house had been hit and my wife was there he came over to ensure she was ok and to see if there was anything he could do for us. That was an extremely trying time for me being 11 hours away. David coming to check on my wife and to ensure she was safe and secure was a huge relief.

In our conversations regarding his possible sentencing, David has never expressed a concern for himself doing time, or what people think of him. His biggest concern is for the welfare of his family, Noah in particular, and the possible detriment it could cause to Noah.

Your Honor I'm petitioning you for no time or little as possible to serve on David's behalf. Thank you for your time and consideration on this matter.


Respectfully,

Lee Grant Sproul



Timothy B. Sutton, Esq.
2171 S. NV 160
Pahrump, NV 89048
tim@suttonlawgroupllc.com
(775) 990-5027

May 17, 2025

The Honorable Andrew P. Gordon
United States District Court
333 Las Vegas Blvd. South
Las Vegas, NV 89101

**RE: Sentencing Hearing of David Boruchowitz**

Dear Chief Judge Gordon,

I am writing to respectfully request leniency in the upcoming sentencing of David Boruchowitz. I understand the seriousness of the matter before the court, and I appreciate the opportunity to provide some context regarding David's character, contributions, and personal circumstances.

David has dedicated the last fifteen years of his life to serving the Nye County and Pahrump communities through his work at the Nye County Sheriff's Office, where he has held roles as deputy, investigator, lieutenant, and captain. Early in his career, in 2007, David brought national attention to a child abuse case that had not been diligently prosecuted. His efforts ensured that the victims were identified and the perpetrator was brought to justice, demonstrating his commitment to protecting the vulnerable.

Beyond his professional duties, David has made significant contributions to the community. He founded and continues to lead PDOP, an advocacy group for special needs youth and adults, and has actively represented the needs of special needs students to ensure their educational requirements are met. He has also partnered with Positive Pahrump and the Nye County School District to raise awareness about underage drinking and the dangers of drunk driving, further showcasing his dedication to the well-being of the community.

On a personal note, David contacted me on the day my son was involved in a near-fatal car crash. He personally helped explain the gravity of the situation and arranged for me to accompany my son and medical personnel as he was life flighted to UMC Trauma Center in Las Vegas.





David is a devoted family man and an active member of his church. He has a wife and a special needs son who rely on his care and support. Given these responsibilities, I respectfully urge the court to consider alternative punishments to incarceration that would allow David to continue supporting his family and contributing to the community.

Thank you for your time and consideration of this request. I trust in the court's wisdom and fairness in determining an appropriate sentence.

Sincerely,

Timothy B. Sutton

(775) 990-5027
suttonlawgroupllc.com
tim@suttonlawgroupllc.com

2171 S Hwy. 160
Pahrump, NV 89048



Floyd Theus
Renee Joy Theus
2444 Mount Charleston Drive
Pahrump, NV 89048

May 25, 2025

Dear Honorable Chief Judge Andrew Gordon,

We are writing in regards to David Boruchowitz. When we met David in October 2018 through the non-profit organization PDOP (Pahrump
    Disability Outreach Program) he always showed a kindness and expertise in special needs issues, including school problems and services. We
    have two sons with special needs and David has helped us with many issues. We are just one family of many that David has helped and made
    a difference in our lives.

David spends most of his days volunteering and working within PDOP and beyond, coordinating social activities and fundraising events for families
    with special needs. He is also an advocate for our youth and adults who are in school. He has provided training for parents on how to navigate
    and access school services for their children.

David is the busiest man I know, with a heart of gold for our kids.

Please allow David to remain in our community and grant him leniency, so he may continue to work with us. Without him many in out community
    would lose a vital advocate.

Thank you for taking the time to read this letter and for considering David's situation.

Sincerely,

Floyd Theus
(808)225-5501

Renee Joy Theus
(808)219-2325

May 12, 2025

Chief Judge Andrew Gordon
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

Ref:  6/10/25 Sentencing of David Boruchowitz

Honorable Chief Judge Gordon,

I met Mr. Boruchowitz in early 2006 when I was a Dispatcher for the Nye County
Sheriff's Office and he began his career as a Deputy Sheriff, soon promoting to Detective, Operations
Sargent, Lieutenant and eventually as Captain.  I worked with him my entire 17 year career.

He excelled in every capacity and always went above and beyond for the public, employees in his
charge and coworkers.  As Captain he was my direct supervisor over dispatch and one that could
always be approached with any issue and help with a fair resolution any problem, never with any fear
of retaliation that kept many from approaching supervision at that agency.

Mr. Boruchowitz is a dedicated family man.  He & his wife Stephanie have raised two wonderful
children.  Their daughter who is graduating high school this year and a son with Down Syndrome who
is thriving thanks to their dedication to his care, education & well being.  He is achieving goals that no
one ever thought possible only because of their commitment to his continued success and the close
bond he shares with his parents.

Mr. Boruchowitz founded the Pahrump Disability Outreach Program (PDOP) when his son was born
and is an integral part of this organization dedicated to children with disabilities in our community and
works tirelessly for all of them.  His work with this organization is a valuable asset to the children and
to the community.

I know him to be a person that lends a hand at a moments notice to those in need never expecting
anything in return.  In my case, my husband got sick shortly after I retired and passed away in
December of last year.  Since the beginning of his illness he has been there to offer any help needed.
He has been someone I knew I could trust and reach out for help, advice or just a listening ear
throughout the most terrifying time of my life and continues to check up on me on a regular basis.
But that is not surprising as I know that to be his true character.

I pray the court will use leniency and impose the lightest sentence possible for Mr. Boruchowitz.
If you have any questions or need any clarification please do not hesitate to contact me.

Sincerely,

Barbara Tucker

Barbara Tucker
3141 Oakleaf Ave.
Pahrump, NV 89048
775-513-0883

**Pomerantz, Crane**

| | |
|---|---|
| **From:** | Jordan Villane <jordanvillane@icloud.com> |
| **Sent:** | Sunday, June 8, 2025 5:21 PM |
| **To:** | Pomerantz, Crane |
| **Subject:** | DAVID B |

To Chief Judge Andrew Gordon,

My name is Jordan. I am writing this letter in hopes of leniency toward someone that has saved my life repetitively. To someone that has been there for me as a single mother, and the parent of an autistic child and a child with ADHD that felt lost through the public school system, or any outlet for information and knowledge on how to be a better parent and understand my children.

He is such an important person in our community and has done so many incredible things for so many people there's not been one time that I have not called him for myself or someone else in an emergency and he has jumped immediately into action.

From blessings for my children in the middle of the night, to continuously showing love and a sense of family in my darkest moments. And somehow knowing to call to check on me in the right moments also.

I have seen him help people move entire houses out of bad situations in less than 24 hours and pulled so many other people together to help families and children. I have seen him stand up for parents that have no voice or no fight left especially with children with special needs.

I ask of you to just take the time to consider the amount of good that this man has done for the people of our community specifically the children, And  consideration he shows along with how much love he has surrounding him.

His loves so deeply and he cares immensely and anyone that has met him and gave him an opportunity to get to know them would say the same thing.

I thank you for taking the time to read my letter and pray for you to be lenient, with someone that I consider such a powerful role model in my life. If my father weren't my hero already, it would definitely be David. So I plead again with all of me and my family's support be gentle to this human, who has done so much for so many. I know you will ultimately make the best choice and we support you.

Thank you again,

Jordan Villane

1

# Robert Wannberg

4791 W. Dyer Rd
Pahrump, NV 89048
760-810-1058

May 12, 2025

Judge Andrew Gordon
United States District Court, District of Nevada
333 Las Vegas Blvd South
Las Vegas, NV 89101

Re: Case no.: 2:23-cr-00149-APG-BNW Defendant: David Boruchowitz
Sentencing

Dear Judge Gordon:

I am writing to you asking for leniency in the sentencing of David Boruchowitz.

I first became aware of David when I moved to Pahrump in 2006. He was a Detective for the Nye County Sheriff. I've seen David excel and rise through the ranks to the rank of Captain- an incredible rise due to high performance serving and caring for this community.

But even more that that- David has served and had compassion for those that are less fortunate, disabled children. He formed and has led for years the "Pahrump Disability Outreach" a large group of disabled children. He has volunteered hundreds of hours helping these kids with their challenges and improving their lives. He's done that for years and does it now. I personally became involved with Davids' group when he allowed therapy animals to be brought in for the children. I lead a large group in the community of animal advocacy, "Pahrump Justice for Animals Local and Nationwide" and was invited to his group. I personally have seen how much these children need David.

Now, may I comment on David himself. This is a man who steps up to help others when others don't. I am a keen observer of law enforcement, I was always cognizant of cases going through the system, I was in court often on animal cruelty cases, advocating for the prosecutions and victims of these crimes.

1

I've seen David reach out to others convicted of crimes, younger people addicted to drugs, and when placed on probation David said, "Here's my number, I want you to call me if you need help." He didn't have to do that, but David cared. He wanted to help others that tried to help themselves.

Now, this is something that David did that I saw and will never forget. It reveals David's compassion and caring for the innocents. One morning David was driving in his police car on a very busy street and came upon a mother duck with her babies trying to cross the busy street. David stopped traffic, police car lights on and got out to lead these little animals across this busy highway so they could cross safely.  Who does that? David does.

In 2022 Pahrump and Nye County was faced with the largest animal cruelty case in its history; the state of Nev. vs. Platunov, Higgins.  The cruelty that was happening was massive, hundreds of animals involved. No one in Nye County was willing to stop this man, or arrest him- until David said enough, standing up even against his superiors, David acted and arrested these defendants, taking all the animals into protective custody. David stopped the abuse of these innocent animals when no one else did. So, you see, this is a man that cares for those suffering, the innocent and does something about it.

We know that being a law enforcement Officer is a very difficult job. The risks involved are tremendous, especially today. David has placed his life on the line for others.

I believe that David has always acted in good faith, what he did was based upon the information and evidence before him. He acted as if he believed his job was mandated. Being human, as we all are, we are imperfect.

I would ask the court to offer leniency in David's sentencing. Offer him the compassion he has given to others. He is not a threat to anyone, to the contrary, the community needs him. David is needed to continue his children's disability outreach. He is a family man that cares for his family, and they need him. He has taken accountability.

Please afford David leniency in his sentence.

Respectfully,

Robert Wannberg

2

May 13, 2025


Chief Judge Andrew P. Gordon
United States District Judge
United States District Court District of Nevada
Lloyd D. George U.S. Courthouse
333 S. Las Vegas Blvd.
Las Vegas, NV  89101

Thomas Wild
5481 N. Linda Street
Pahrump, NV  89060
(775)225-3734

Subject:  Boruchowitz, David E.

Dear Honorable Chief Judge Gordon;

My name is Thomas Wild.  I am a retired MRI Technologist and Army Medic.  I am
writing on behalf of David Boruchowitz to provide information regarding his character.

I have known David since 2007 when he became my next-door neighbor.  Over the
subsequent years, we have become very good friends.

David provides extensive support to Nye County and is a vital asset to the betterment of
the disabled and the youth of the community.

David formed the Pahrump Disability Outreach Program in 2009 to benefit the disabled.
He recognized the need when his family required assistance and to his astonishment
found the disabled had been marooned.  No therapy, whether physical or mental, was
available within 70 miles.  His first endeavor was to organize an annual Halloween
Festival which continues to this day.  This venture has raised thousands of dollars to
help the disabled obtain therapies and surgeries that were previously beyond financial
reach.  David's tenacity and hard work plus the respect of those who volunteer make
this possible.

David is also engaged annually with the "Fill the Bucket School Supply Drive" in
conjunction with the Nye County Sheriff's Office, Positive Pahrump and the Pahrump
Disability Outreach Program.  This program provides school supplies to children in need
throughout Nye County.

Your Honor, I respectfully ask that you consider this information regarding David's
continued positive impact on the citizens of Nye County when deliberating his sentence
on June 10, 2025.

Sincerely,

Thomas Wild

May 28, 2025

Dear Chief Judge Andrew Gordon,

I am writing you this letter on behalf of David Boruchowitz.

My name is Andrew Witten. I have been a resident of Pahrump, Nevada for the last 26 years. I am the owner of Witten Tire Co., dba Drew's Tire Pros & Automotive.

I am currently serving as Bishop for The Church of Jesus Christ of Latter Day Saints, Homestead Ward. David Boruchowitz is a member of my ward. I have known David for almost 20 years. He has always amazed me of how he could do his job of being a police officer and still be a very Christlike servant in our church and community. I know of many circumstances where David has gone out of his way to help those in need. Not only in our ward but in our community. I have seen many times where people have come up to David and thanked him for arresting them and starting them on the path to turning their lives around.

David is also involved in many services in our community that help children who have disabilities and difficult home life situations.

David is a pivotal member in our ward; he is our Ward Records Clerk and he also serves as our Youth Sunday School Teacher. He has a gift with the youth in sensing those who might be struggling. I know that he has a real sincere love for our youth and really looks out for their welfare and being. Not only with the youth, but there are many times that I know he has reached out to older members in our ward who were struggling and having difficulties in their lives. He gives quiet, kind acts of service to lift others spirits and strengthen them.

David makes the long trip into Las Vegas one full day a week serving in our temple. Also, when he does so, he provides a ride for another member who is unable to drive himself.

As a Bishop, I know that I can count on David to perform any task that the ward may stand in need of. I also consider David a friend and know that if I am ever in need of something for me or my family, that I can count on him any time of the day and know that he will be there for us.

For these reasons, I would request leniency in his sentencing. I consider David to be a great person and a great friend, and our little ward needs him!

Respectfully,

Andrew Witten

Case 2:20-cr-00149-APG-BNW   Document 104-3   Filed 06/06/25   Page 77 of 79

June 8, 2025

To: Chief Judge Andrew Gordon

I am writing this on behalf of David Boruchowitz. My name is George Skeet Smith, I have worked around the world and experienced many managers. During my 15 yrs with Nye County Sheriff, David was my Captain and Mentor. I was in charge of the Sheriff's Auxiliary and reported directly to Captain Boruchowitz. I can truely say I trust him completely and admired his professionalism and honest oppiens

During the years I have known David he has become a personal friend to me and my family. I work with him in all his various Community Events and his organization Pahrump Disabilities Outreach. I thoughtly thourghly enjoyed assisting with his Toy Distribution at Christmas to Children as I played Santa on the Fire Truck!

David does so much good for so many, it would be a shame to make everyone suffer by him not being availabe to work in Community Events or to help advocate for the Kids. So please consider the good he does for his family and for his community.

Thank-you,

May 12, 2025

To the Honorable Chief Judge Andrew Gordon

RE: David Boruchowitz

Your Honor,

I am writing on behalf of the above defendant, asking for leniency and the lightest sentence possible for reasons I will provide below.

I became acquainted with Mr. Boruchowitz several years ago when he was the Nye County Captain and working on a large animal cruelty case. My grassroots organization, Animal Protection Affiliates (based in Las Vegas), stepped in to provide resources. Up until that point, it had been difficult to develop collaboration with Nye officials on animal issues. Without former Captain Boruchowitz facilitating and coordinating with us and several other organizations, the outcome would have been very different and extremely egregious. His compassion, professionalism and communicative spirit made the difference between success and failure.

Following that experience, I learned that Mr. Boruchowitz was also one of the founders of the Pahrump Disability Outreach Program, which provides support for children with disabilities and their families. I worked with him to arrange for a visit from one of our local pet therapy groups, which resulted in a joyous day that brought so many smiles to those who attended and interacted with the therapy dogs. I observed Mr. Boruchowitz with his own son that day and the other attendees.

This man is a husband and a father. Although I am not trying to minimize his actions, his mistakes do not define him.

As the former wife of a police captain, I do hold our law enforcement to a high standard. However, I also know they are human beings. Sometimes we slip, and most of us learn from those mistakes. I do believe this of Mr. Boruchowitz and I ask that you consider leniency for the sake of his family as well as the community that has benefited by some of his positive actions. Having gotten to know him, I see someone who will continue to contribute in more ways that will improve his community, long after he dedicated a major portion of his life to serving the public.

Respectfully,

Annoula Wylderich

4328 Murillo St., Las Vegas

AL Yunker
6821 Stubblefield Drive
Pahrump, Nevada 89061

May 26th 2025

The Honorable Andrew P. Gordon
United States District Court
333 Las Vegas Blvd. South
Las Vegas, Nevada 89101

RE: David Boruchowitz

Dear Chief Judge Gordon,

I am writing to request leniency in the sentencing of David Boruchowitz. I have known David in the community for approximately 20 years as he has been a regular name within the Sheriff's Office here and his work with his non-profit in the community.

I have observed David run PDOP, his non-profit organization, and really respect the work he has done for the community. He is always doing activities in the community for the children and providing for families in a way that few organizations do.

My daughter Stephanie runs a Facebook page she calls Positive Pahrump. David has partnered with her for more than a decade providing school supplies, and toys at Christmas time for children in need in the community. Anytime they are doing a function David is always there to support her and her cause.

I have become friends with David in the last 3 years and have always been happy to converasate with him and appreciate his respect and conversation. I have done work for David in my professional role of Masonry at his storage facility when I did the block walls for him there. I have always known David to be professional, courteous and respectful and am always amazed at his support of the community and his family.

One thing that has stood out to me, is when I was just getting out of the hospital for a few illnesses over the last year David has shown up at my door with Matzo Ball soup. No one else had thought of this, and it was a gesture that has not been forgotten.

David has acknowledged his mistakes by taking this plea agreement, and I would ask you to exercise as much leniency as possible in sentencing. He is needed by his family, the community and my family and we would ask you to be lenient in your decision.

Thanks